UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELBERT DAWKINS ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED<br><br>vs<br><br>AVI & CO NY CORP<br><br>*Plaintiff*<br><br>*Defendant* | N<br>COURT DATE & TIME: AT<br>INDEX #: 1:23-CV-01554-NGG-VMS<br>DATE FILED: 03/05/2023<br>Job #: 575187<br>Client File#<br><br>STEIN SAKS, PLLC<br>ONE UNIVERSITY PLAZA<br>SUITE 620<br>HACKENSACK, NJ 07601 |

**CLIENT'S FILE NO.:**                                                              **AFFIDAVIT OF SERVICE UPON A CORPORATION**

STATE OF NEW YORK: COUNTY OF NASSAU ss:

I, ERIC RIVERA, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the State of New York.

That on 03/16/2023 at 2:23 PM at 15 W 47TH STREET STE 200, NEW YORK, NY 10036, deponent served the within SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL

by personally delivering to and leaving with STEPHANIE "DOE" for AVI & CO NY CORP, a true copy thereof, and that deponent knew the person so served to be the AUTHORIZED PARTY /Managing Agent and stated (s)he was authorized to accept legal papers for the corporation.

Said documents were conformed with index number and date of filing endorsed thereon.

A description of the person served on behalf of the defendant is as follows:
**Approx Age:** 22 - 35 Yrs., **Approx Weight:** 100-130 Lbs., **Approx Height:** 5' 4" - 5' 8", **Sex:** Female, **Approx Skin:** White, **Approx Hair:** Black
REFUSED TO GIVE LAST NAME.

Sworn to before me on 3/17/23
EUGENE SOKOLOV #01SO6434174
Notary Public State of New York
RICHMOND County, Commission Expires 05/31/2026

ERIC RIVERA
1212873

*Supreme Judicial Services, Inc. 371 Merrick Road - Rockville Centre, N.Y. 11570 Lic# 1092373*