UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ELBERT DAWKINS,

                              Plaintiff,

      -against-

AVI & CO NY CORP.,

                              Defendant.
------------------------------------------------------------------X

Case No.: 1:23-cv-1554 (NGG) (VMS)

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE** that Netanel Newberger, Esq. hereby appears as counsel for the Defendant in this case. I certify that I am admitted to practice in the United States District Court for the Eastern District of New York.

Dated: Lake Success, New York
       April 10, 2024

Respectfully submitted,

**MILMAN LABUDA LAW GROUP PLLC**

  */s/ Netanel Newberger, Esq.*
Netanel Newberger, Esq.
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 303-1356 (direct dial)
(516) 328-0082 (facsimile)
netanel@mllaborlaw.com

*Attorneys for Defendant*
*Avi & Co NY Corp.*

**VIA ECF**
Stein Saks, PLLC
<u>Attn</u>: Mark Rozenberg, Esq.
One University Plaza, Suite 620
Hackensack, NJ 07601-
(201) 282-6500 ext 119 (office)
(201) 282-6501 (facsimile)
mrozenberg@steinsakslegal.com

*Attorneys for Plaintiff*
*Elbert Dawkins*