UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
ELBERT DAWKINS, on behalf of himself and all others similarly situated

                     Plaintiff,

-v.-

AVI & CO NY CORP.

                     Defendant,
------------------------------------------------------------------------x

Civil Action No: 1:23-cv-1554

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as to Plaintiff and the Defendant in the above captioned action that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** April 11, 2024

| For Plaintiff Elbert Dawkins | For Defendant Avi & Co. NY Corp. |
|---|---|
| _s/Mark Rozenberg_<br>Mark Rozenberg<br>Stein Saks, PLLC<br>One University Plaza<br>Hackensack, NJ 07601<br>Ph: (201) 282-6500<br>mrozenberg@steinsakslegal.com | _s/Netanel Newberger_<br>Netanel Newberger<br>Milman Labuda Law Group PLLC<br>3000 Marcus Ave Suite 3w3<br>Lake Success, NY 11042<br>Ph: (516) 328-8899<br>netanelnewberger@mllaborlaw.com |

**CERTIFICATE OF SERVICE**

I certify that on April 11, 2024, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Mark Rozenberg*

Mark Rozenberg
**Stein Saks, PLLC**
One University Plaza
Hackensack, NJ 07601
*Attorneys for Plaintiff*