UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------------x

ELBERT DAWKINS, on behalf of himself and all others similarly situated

                     Plaintiff,

-v.-

AVI & CO NY CORP.

                     Defendant,

----------------------------------------------------------------------x

Civil Action No: 1:23-cv-1554

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as to Plaintiff and the Defendant in the above captioned action that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** April 11, 2024

| For Plaintiff Elbert Dawkins | For Defendant Avi & Co. NY Corp. |
|---|---|
| _s/Mark Rozenberg_<br>Mark Rozenberg<br>Stein Saks, PLLC<br>One University Plaza<br>Hackensack, NJ 07601<br>Ph: (201) 282-6500<br>mrozenberg@steinsakslegal.com | _s/Netanel Newberger_<br>Netanel Newberger<br>Milman Labuda Law Group PLLC<br>3000 Marcus Ave Suite 3w3<br>Lake Success, NY 11042<br>Ph: (516) 328-8899<br>netanelnewberger@mllaborlaw.com |

**So Ordered.**

s/Nicholas G. Garaufis
_____
Hon. Nicholas G. Garaufis
Date: 4/11/24